FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 12 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01411-BNB

JEANETTE McDOWELL, RN,

    Plaintiff,

v.

ARAPAHOE CTY GOVT.,
ACDHS,
M. VALENTINE,
M. DiDONNA,
DENVER POLICE,
WARREN VILLAGE
DENVER HUMAN SERVICES,
ROXANNE WHITE,
DEPT. OF CORRECTIONS - KCCC,
REGINA MOODY, Littleton, CO,
SO. ONEIDA CLUB APTS.,
FRANK AZAR,
LAURA DUNBAR,
PAM GEBHARDT-WILSON,
A. GRIFFITH, Foster Monster, and
UNITED AIRLINES,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Jeanette McDowell, currently resides in Denver, Colorado. Ms. McDowell, acting *pro se*, initiated this action by submitting a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court. On June 6, 2011, Magistrate Judge Boyd N. Boland instructed Ms. McDowell to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. McDowell to include addresses for all named Defendants and to submit a

properly notarized § 1915 Motion and Affidavit.  Ms. McDowell was warned that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

Although Ms. McDowell submitted a new § 1915 Motion and Affidavit and Complaint on July 1, 2011, she failed to list addresses for Defendants in the Complaint form and to have the Motion and Affidavit properly notarized.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this __12th__ day of _____July_____, 2011.

BY THE COURT:

_s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  11-cv-01411-BNB

Jeanette McDowell
850 S Oneida St
Cedar Run Apartments #B-104
Denver, CO 80224

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on July 12, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk